MARY KATE SULLIVAN (State Bar No. 180203)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
e-mail: mks@severson.com

Attorneys for Defendants
GMAC MORTGAGE. LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEFFERY PERERON | CASE NO. 3:10-cv-01506-WHA |
|---|---|
| Plaintiff, | Assigned to: Hon. William H. Alsup<br>U. S. District Judge |
| vs. | |
| GMAC MORTGAGE, LLC., et al. | **SUBSTITUTION OF ATTORNEY** |
| Defendant | |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE: Defendant, GMAC MORTGAGE, LLC ("Defendant") hereby substitute Mary Kate Sullivan of the law firm of Severson & Werson, A Professional Corporation, located at One Embarcadero Center, Suite 2600, San Francisco, California 94111, Telephone (415) 398-3344, Facsimile (415) 956-0439 as their counsel of record in the above referenced action in place of Joshua Mark Bryan and Stuart Bruce Wolfe, Wolfe & Wyman, LLP located at 2175 N. California Blvd, Ste 415, Walnut Creek, CA 94596, Telephone (925) 280-0004, Facsimile (925) 280 0005.

//

SUBSTITUTION OF ATTORNEY
CASE NO. 3:09-cv-01961-W-BLM

1  DATED: June _____, 2010                    GMAC MORTGAGE, LLC

3                                               By: _____

5  I HEREBY ACCEPT THIS SUBSTITUTION:

6  DATED: June __4__, 2010                      SEVERSON & WERSON
                                                A Professional Corporation

9                                               By: _____
                                                    Mary Kate Sullivan
10                                                  Attorneys for Defendant

11 I CONSENT TO THE ABOVE SUBSTITUTION:

13 DATED: June __4__, 2010                      WOLFE & WYMAN, LLP

15                                              By: _____
                                                    Joshua M. Bryan

17                                              By: _____
                                                    Stuart B. Wolfe

SUBSTITUTION OF ATTORNEY
CASE NO. 3:10-cv-01504 WHA

| | | |
|---|---|---|
| 1 | DATED: June 4, 2010 | GMAC MORTGAGE, LLC |
| 2 | | |
| 3 | | By: /s/ Kathren D. |
| 4 | | |
| 5 | I HEREBY ACCEPT THIS SUBSTITUTION: | |
| 6 | DATED: June ____, 2010 | SEVERSON & WERSON |
| 7 | | A Professional Corporation |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Mary Kate Sullivan<br>Attorneys for Defendant |
| 11 | I CONSENT TO THE ABOVE SUBSTITUTION: | |
| 12 | | |
| 13 | DATED: June ____, 2010 | WOLFE & WYMAN, LLP |
| 14 | | |
| 15 | | By: _____ |
| 16 | | Joshua Mark Bryan |
| 17 | | By: _____ |
| 18 | | Stuart Bruce Wolfe |

SUBSTITUTION OF ATTORNEY
CASE NO. 3:09-cv-01961-W-BLM

- 2 -

MARY KATE SULLIVAN (STATE BAR NO. 180203)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 398-3344
Facsimile:    (415) 956-0439

Attorneys for Defendants
GMAC MORTGAGE, LLC

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY PERERON<br><br>Plaintiff<br><br>vs.<br><br>GMAC MORTGAGE, LLC , et al,<br><br>Defendants. | Case No.: 3:10-cv-01506-WHA<br><br>Assigned to: Honorable William H. Alsup<br>US District Judge<br><br>~~(PROPOSED)~~ ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

ORDER

The foregoing Substitution of Attorney of MARY KATE SULLIVAN, Severson & Werson PC for defendant GMAC MORTGAGE, LLC, in place of JOSHUA MARK BRYAN and STUART B. WOLFE, WOLFE & WYMAN LLP  is hereby authorized by this Court.

IT IS SO ORDERED.

DATED: June 14, 2010

By:_____
Hon. William H. Alsup, US District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

~~PROPOSED~~ ORDER

CASE NO. 2:10-cv-00411-DMG-RZ